IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE C. FORD, JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                          CASE NO. 1D15-0966

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed March 20, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Willie C. Ford, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for belated appeal is denied on the merits.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.